UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 13 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRIDGETTE A. SMITH, a single woman,<br><br>　　　　　Plaintiff - Appellant,<br><br>　v.<br><br>EAST VALLEY ENDOCRINOLOGY DIABETES & METABOLISM PC; et al.,<br><br>　　　　　Defendants - Appellees. | No. 16-17007<br><br>D.C. No. 2:16-cv-02870-SPL<br>U.S. District Court for Arizona, Phoenix<br><br>**ORDER** |

　　　The motion filed by the appellant Bridgette A. Smith on December 9, 2016 for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

　　　This order served on the district court shall constitute the mandate of this court.

　　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　By: Cyntharee K. Powells
　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7